The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROYAL J. O'BRIEN,<br><br>  Plaintiff,<br><br>  v.<br><br>MICROSOFT CORPORATION,<br><br>  Defendant. | NO. 2:19-cv-01625-RAJ<br><br>**JURY DEMAND**<br><br>(***Clerk's Action Required***) |

TO:   CLERK OF THE COURT;

AND TO:   Defendant and its Counsel of Record.

PLEASE TAKE NOTICE that the undersigned attorneys, Mark Lawrence Lorbiecki, Daniel A. Brown, and Scott B. Henrie, of WILLIAMS, KASTNER & GIBBS PLLC, hereby gives notice that the Plaintiff Royal J. O'Brien demands a trial by jury of all issues so triable pursuant to Rule 38 of the Federal Rules of Civil Procedure.

\\
\\
\\
\\
\\
\\

JURY DEMAND - 1

(2:19-cv-01625-RAJ)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6961427.1

1   DATED this 11th day of October, 2019.

*s/ Mark Lawrence Lorbiecki*
Mark Lawrence Lorbiecki, WSBA #16796
*s/ Daniel A. Brown*
Daniel A. Brown, WSBA #22028
*s/ Scott B. Henrie*
Scott B. Henrie, WSBA #12673
**WILLIAMS, KASTNER & GIBBS PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Tel:    (206) 628-6600
Fax:   (206) 628-6611
Email: mlorbiecki@williamskstner.com
          dbrown@williamskastner.com
          shenrie@williamskastner.com

*Attorneys for Plaintiff*

JURY DEMAND - 2

(2:19-cv-01625-RAJ)

6961427.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600