The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROYAL J. O'BRIEN,

          Plaintiff,

          v.

MICROSOFT CORPORATION,

          Defendant.

NO. 2:19-cv-01625-RAJ

**JOINT STATUS REPORT**

## JOINT STATUS REPORT

Pursuant to the Court's October 13, 2020 order that required the parties to file a joint status report no later than April 16, 2021, and every 180 days thereafter while the stay is pending (ECF No. 33), Plaintiff Royal O'Brien and Defendant Microsoft Corporation ("Microsoft"), by and through their undersigned counsel of record, respectfully submit this Joint Status Report:

On October 12, 2020, Microsoft filed a petition for *inter partes* review ("IPR") of U.S. Patent 8,380,808, the sole patent at issue in this case. On February 17, 2021, Plaintiff filed his Patent Owner Preliminary Response and on October 14, 2021, Defendant filed its Reply. The Patent Trial and Appeal Board entered a Final Written Decision on April 25, 2022. On August 15, 2022, Patent Owner Royal O'Brien filed a Notice of Appeal to the United States Court of Appeals for the Federal Circuit..

JOINT STATUS REPORT - 1

(2:19-cv-01625-RAJ)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

7808293.1

On November 11, 2022, Plaintiff filed its Opening Brief. Microsoft filed its response brief on January 9, 2023. Appellant O'Brien filed a Reply Brief on January 30, 2023. The Court of Appeals for the Federal Circuit has scheduled oral argument for November 8, 2023. The decision thereon should then be forthcoming.

DATED this 11th day of October, 2023.

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/Irene Yang*
    Patricia A. Eakes, WSBA #18888
    Per D. Jansen, WSBA #49966
    1301 Second Ave., Suite 2800
    Seattle, WA 98101
    Tel:  (206) 407-2210
    Fax:  (206) 407-2224
    Email:  patty.eakes@morganlewis.com
           per.jansen@morganlewis.com

**SIDLEY AUSTIN LLP**

    Richard A. Cederoth (*pro hac vice*)
    One South Dearborn Street
    Chicago, IL 60603
    Tel:  (312) 853-7000
    Email:  rcederoth@sidley.com

    Irene Yang (*pro hac vice*)
    SIDLEY AUSTIN LLP
    555 California Street
    Suite 2000
    San Francisco, CA 94104
    Tel:  (415) 772-1200
    Irene.yang@sidley.com

**WILLIAMS, KASTNER & GIBBS PLLC**

By: *s/Mark Lawrence Lorbiecki*
    Mark Lawrence Lorbiecki, WSBA #16796
    Daniel A. Brown, WSBA #22028
    Scott B. Henrie, WSBA #12673
    601 Union Street, Suite 4100
    Seattle, WA 98101-2380
    Tel:  (206) 628-6600
    Fax:  (206) 628-6611
    Email:  mlorbiecki@williamskastner.com
          dbrown@williamskastner.com
          shenrie@williamskastner.com

*Attorneys for Plaintiff*

JOINT STATUS REPORT - 2

(2:19-cv-01625-RAJ)

7808293.1

*Attorneys for Defendant*
*Microsoft Corporation*

*s/ Mark Lawrence Lorbiecki*
Mark Lawrence Lorbiecki, WSBA #16796
*s/ Daniel A. Brown*
Daniel A. Brown, WSBA #22028
*s/ Scott B. Henrie*
Scott B. Henrie, WSBA #12673
**WILLIAMS, KASTNER & GIBBS PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Tel:    (206) 628-6600
Fax:    (206) 628-6611
Email:  mlorbiecki@williamskstner.com
        dbrown@williamskastner.com
        shenrie@williamskastner.com

***Attorneys for Plaintiff***

JOINT STATUS REPORT - 3

(2:19-cv-01625-RAJ)

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

7808293.1